No. 13–6004/AF. U.S. v. Samuel A. Wicks. CCA 2013–08. In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox III to perform judicial duties in the above-referenced case, and that Senior Judge Cox has consented to perform judicial duties in said case under Article 142(e)(1)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)(1)(A)(ii) (2006).

No. 14–0080/AR. U.S. v. Ryan L. Brown. CCA 20110932. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 31, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0114/NA. U.S. v. Justin H. McMurrin. CCA 200900475. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 5, 2013.

No. 14–0115/MC. U.S. v. James C. Warner. CCA 201200495. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 5, 2013.

Friday, October 18, 2013

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's *fourth* motion to extend time to file a brief is granted to November 20, 2013.

No. 14–0087/AF. U.S. v. Craig X. Jorell. CCA 38061. Appellant's motion to attach is granted.